TILLIE BOLES, as Administratrix, etc., of HENRY BOLES, Deceased, Substituted in Place of HENRY BOLES, Respondent, v. MUNSON STEAMSHIP LINE, INC., Appel-

lant.— Motion for leave to appeal to the Court of Appeals granted. Owing to the destitute circumstances of the plaintiff, the case must be noticed for arugment before the summer recess. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [See ante, p. 175.]

